United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Velma Jean Day<br>2232 Paddy Ave.<br>Columbus, GA 31903-3133 | Chapter 13<br><br>Case No. 11-41304-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $1906.90 in unclaimed funds of Velma Jean Day and , debtor(s).

Last Known Address (Most recent listed left to right):

Velma Jean Day
2232 Paddy Ave.
Columbus, GA 31903-3133

Dated: 9/18/2013

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee